PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **JOSEPH AJAYI** ) <br> ) | **Docket Number: 1:07CR00262-01 SMS** |

On May 8, 2008, the above-named was sentenced to a term of probation for a period of 2 years. He has complied with the rules and regulations of supervision. On October 28, 2009, Assistant United States Attorney Mark J. McKeon submitted written documentation to the United States Probation Office advising that there is no objection to an early termination of supervision in this case. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN
United States Probation Officer**

Dated:   October 29, 2009
         Fresno, California
         BB

**REVIEWED BY:**   /s/ Hubert J. Alvarez
              **HUBERT J. ALVAREZ
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   JOSEPH AJAYI**
      **Docket Number:   1:07CR00262-01 SMS**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

## ORDER OF COURT

It is ordered that the offender, Joseph Ajayi, be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   November 3, 2009             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE